**Douglas B. BENNETT, Plaintiff–Appellant,**

v.

**Fred MONEM, Food Service Administrator for ODOC, Defendant–Appellee.**

No. 05–35744.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Filed May 18, 2006.

Douglas B. Bennett, Umatilla, OR, pro se.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Oregon state prisoner Douglas B. Bennett appeals pro se from the district court's judgment dismissing his qui tam action as barred by res judicata. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

Because Bennett makes no argument on appeal challenging the district court's June 21, 2005 order dismissing his action, he has waived the right to challenge that order.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

*See Indep. Towers of Washington v. Washington*, 350 F.3d 925, 929 (9th Cir.2003).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.